STEPHANE COSMAN CONNERY et al., Respondents, v BURTON S. SULTAN, Appellant.

Submitted April 17, 2017; decided June 8, 2017

Motion, insofar as it seeks leave to appeal from that portion of the February 2017 Appellate Division order denying appellant's motion for the imposition of sanctions, denied; motion for leave to appeal otherwise dismissed upon the ground that the remaining portions of the February 2017 order and the December 2016 order sought to be appealed from do not finally determine the action within the meaning of the Constitution.